12-15-00089-CV

April 6, 2015

Twelfth Court of Appeals
1517 W. Front St., Ste 354
Tyler, Texas 75702


FILED IN COURT OF APPEALS
12th Court of Appeals District

APR - 9 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

RE: No. 12-14-00332-CV
    Robert C. Morris v. Sherri Milligan Et Al.
    Petition For Writ of Mandamus

Dear Court Clerk,

    Please find enclosed my Petition For Writ of Mandamus to be filed and presented to the Honorable Court in the above styled numbered cause for consideration and ruling.

    On this date, a true and correct copy has been served upon the General Counsel for TDCJ, Respondents representative.

    A courtesy copy of this petition also has been served upon the Asst Attorney General Patrick Brezik, who represents the Appellees in this matter.

    Please notify me of receipt and any decisions made by the Court please.

    Thank you for your time and assistance in this matter, it is greatly appreciated and welcomed.

                                        Sincerely,

                                        Robert C. Morris
                                        Relator/Appellant Pro Se
                                        TDCJ-ID # 1311083
                                        Smith Unit
                                        1313 CR 19
                                        Lamesa, Texas  79331

enclosure(s): 1

cc: file
    Sharon F. Howell,
       General Counsel - TDCJ
    Patrick Brezik,
       Asst. Attorney General

IN THE
TWELFTH COURT OF APPEALS
TYLER, TEXAS

12-15-00089-CV

NO. ~~12-14-00332-CV~~

ROBERT C. MORRIS

VS.

SHERRI MILLIGAN, ET AL

PETITION FOR WRIT OF MANDAMUS

ROBERT C. MORRIS
TDCJ-ID # 1311083
SMITH UNIT
1313 CR 19
LAMESA, TEXAS 79331


FILED IN COURT OF APPEALS
12th Court of Appeals District

APR - 9 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

# IDENTITY OF INTERESTED PARTIES

RELATOR:                          ROBERT C. MORRIS

                                  TDCJ-ID # 1311083
                                  SMITH UNIT
                                  1313 CR 19
                                  LAMESA, TEXAS   79331

COUNSEL:                          PRO SE


RESPONDENT(S):                    ALBERT JIMENEZ

                                  1313 CR 19
                                  LAMESA, TEXAS   79331

                                  VICKY BARROWS
                                  CINDI SIGSBEE

                                  1060 E. HWY 190 E.
                                  HUNTSVILLE, TEXAS   77340

COUNSEL:                          SHARON FELFE HOWELL

                                  OFFICE OF GENERAL COUNSEL
                                  PO BOX 13084
                                  AUSTIN, TEXAS   78711-3084


OTHER INTERESTED PARTIES:         SHERRI MILLIGAN
                                  BRYAN GORDY
                                  CHRISTY HOISINGTON

COUNSEL:                          PATRICK BREZIK
                                  ASST. ATTORNEY GENERAL
                                  PO BOX 12548
                                  AUSTIN, TEXAS   78711-2548

# JUDICIAL NOTICE

Relator Robert C. Morris requests that this Honorable Court of Appeals takes Judicial Notice that the issue being presented in this Petition For Writ of Mandamus is the failure or out-right refusal of TDCJ Access To Courts Program personnel to provide necessary legal paper to prepare legal pleadings.

The Rule of Appellate Procedure states that pleadings before the Court of Appeals be submitted on $8\frac{1}{2}$ x 11 white paper, one-sided. This petition is being submitted on paper that was printed on one-side with a TDCJ provided legal form.

Relator notice for the Court to note is these pre-printed forms are the only paper that the Relator was able to obtain to prepare and file this petition. The reason being such as outlined in this petition, the inability to obtain and receive paper from the Respondents.

IN THE
TWELFTH COURT OF APPEALS
TYLER, TEXAS

ROBERT C. MORRIS                    §

VS                                  §        NO.   12-14-00332-CV

SHERRI MILLIGAN, ET AL.             §

PETITION FOR WRIT OF MANDAMUS

TO THE HONORABLE COURT:

COMES NOW, Robert C. Morris, Relator Pro Se, in the above styled numbered cause and respectfully files and submits this his Petition For Writ of Mandamus and would show the Court the following for issuance of mandamus.

I.

RELATOR

Robert C. Morris, TDCJ-ID # 1311083, is an offender incarcerated at the Smith Unit of TDCJ and ia appearing pro se, who can be located at 1313 CR 19, Lamesa, Texas  79331.

Morris is the Appellant in the above styled cause and is appearing pro se in that matter.

Relator has exhausted his remedies and has no other adequate remedy at law.

The act sought to be compelled is ministerial, not discretionary in nature. The First Amendment of the United States Constitution and Article 1 § 27 of the Texas Constitution provide that a person has the right to redress the government of grievances, known as "Access To The Courts Clause".

II.

RESPONDENT(S)

Albert Jimenez, is the Smith Unit Access To Courts Supervisor, who in his capacity has a ministerial duty to provide TDCJ offenders with meaningful and adequate access to the courts pursuant to the Constitutions of the United States and Texas. Respondent Jimenez can be located and served at his place of business at 1313 CR 19, Lamesa, Texas  79331.

Vicky Barrows, is the TDCJ Access To Courts Program Manager, who in her capacity has a ministerial duty to impliment necessary policies to provide TDCJ offenders with meaningful and adequate access to the courts pursuant to the Constitutions of the United States and Texas. Respondent Barrows can be located and served at her place of business at 1060 E. Hwy. 190 E., Huntsville, Texas

77340.

Respondent Cindi Sigsbee, is the Regional Access To Courts Supervisor, who in her capacity has a ministerial duty to supervise TDCJ Units in providing TDCJ offenders with meaningful and adequate access to the courts pursuant to the Constitutions of the United States and Texas. Respondent Sigsbee can be located and served at her place of business at 1060 Hwy 190 E., Huntsville, Texas 77340.

The Respondents have representation by Sharon Felfe Howell, Office of General Counsel for TDCJ, PO Box 13084, Austin, Texas 78711-3084.

III.

## VIOLATION OF THE FIRST AMENDMENT OF THE UNITED STATES CONSTITUTION

The First Amendment of the United States Constitution established "the right of the people...to petition the Government for redress of grienvances." Thsi right is commonly known as "Access To The Courts Clause".

The Fourteenth Amendment made the First Amendment applicable to the States. The United States Supreme Court established this 'Right' with regards to prisoners in **BOUNDS v SMITH**, 430 U.S. 343, 97 S.Ct. 1491, 52 L.Ed.2d 72 (1977). The Supreme Court stated "It is indisputable that indigent inmates must be provided at State expense with **paper** and pen to draft legal documents with notarial services to authenticate them, and with stamps to mail them." **ID** at 824-825.

## VIOLATION OF ARTICLE I § 27 OF THE TEXAS CONSTIUTION

Article I § 27 of the Texas Constitution provides "The citizens shall have right...apply to those invested with the powers of government for redress of grievances or other purposes, by petition, address or remonstrance."

The Texas Department of Criminal Justice (TDCJ) is charged with the duties to execute the First Amendment and Article I § 27 of the United States and Texas Constitutions, respectively. This is completed through the Access To Courts Program and implimented through various Board Policies and Admininstrative Directives.

The issuance of legal supplies (i.e., paper, pen, envelopes, postage) is directed by Board Policy 03.81 and Administrative Directive 14.09. Board Policy 03.81 is a general policy to provide notice of what and how supplies are to be made available to inmates. Administrative Directive 14.09 is a policy that provides detailed guidelines in the issuance of legal supplies to indigent inmates.

Specificly, AD-14.09 provides:

"Paper for legal/special correspondence shall not be limited, but shall be issued to indigent offenders based upon their presentation of a justifiable legal need (i.e., court deadline, lengthy legal document).

AD-14.09.III.C.3.a.3 (2010)

On February 24, 2015, Relator requested 180 sheets of paper on TDCJ form I-302 and provided justification through the following information: case name: Morris v Milligan; case no. 12-14-00332-Cv; court: 12th Court of Appeals; pages in brief: 60; number of copies: 3; total: 180 sheets of paper. Respondent Jimenez issued only 35 sheets of paper.

Relator filed administrative remedies, that provided no further action warranted at the Unit level. A step 2 grievance is still pending and is before Respondent Barrows or Sigsbee, however such a decision can take up to 40 days.

With a deadline of March 17, 2015 nearing, Relator filed a Motion For Immediate Court Order and a second Motion For Extension of Time with the Twelfth Court of Appeals, which denied the motion for court order, but granted extension of time until April 16, 2015.

Relator on March 24, 2015, again requested 120 sheets of paper and again provided justification on the back of of form I-302. The information was the same as previously provided with the addition of a new deadline. Respondent Jimenez issued only 25 sheets of paper and responded to Relator's note with what could be taken as threats and intimidation.

Relator on March 26, 2015 mailed letters to Respondents Barrows and Sigsbee explaining the situation and issues and asked for their assistances to resolve the issue, since they are Respondent Jimenez's supervisors.

With the new court deadline looming, Relator seeks this mandamus to compel Respondents to provide paper so that Relator can prepare and file his Appellate brief. As noted with the Judicial Notice, contained herein, Relator did not have paper to file this petition in accordance with the Appellate Rules, because the denial of paper by Respondents, however, Relator has plenty of access to obtian pre-copied forms, in which Relator has used.

It is clear that Relator has complied with the policies implimented by Respondents to obtain legal supplies. The Respondents however, have wholly failed to comply with the United States Constitution and Texas Constitution, the Supreme Court ruling in **BOUNDS**, and TDCJ policies to ensure meaningful and adequate access to the courts. The Respondents are acting in bad faith and is

in violation of procedure, ministerial duties, and thus the laws of the United States and this State.

The failure of Relator not being afforded the legal supplies necessary to prepare and file his appellate brief will result in the dismissal of his appeal of first right. The dismissal of appeal will cause Relator to forfeit any claims or issues in which he wished to raise relating to the civil complaint filed with the district court in the underlying case inthis appellate matter.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED**, the Relator Robert C. Morris, pro se, respectfully requests a finding the Respondents did not provide legal supplies pursuant to established Federal and State laws and that Relator brought this litigation in good faith and has substantially prevailed. Relator prays for an Order directing the Respondents to provide legal supplies necessary to provide meaningful and adequate access to the courts, in the interest of justice.

Dated: April 6, 2015

Respectfully Submitted,

Robert C. Morris
Relator Pro Se
TDCJ-Id # 1311083
Smith Unit
1313 CR 19
Lamesa, Texas 79331

I, Robert C. Morris, declare under penalty of perjury that the foregoing is true and correct, and further certify that a true and correct copy has been served upon the Sharon F. Howell, Office of General Cousnel for TDCJ, PO Box 13084, Austin, Texas 78711-3084 and a courtesy copy has been delivered to Patrick Brezik, Asst. Attorney General, Po Box 12548, Austin, Texas 78711-2548 by placing in the Smith Unit/TDCJ Prison Mail System on this the 6th day of April, 2015.

Robert C. Morris
TDCJ-ID # 1311083
Smith Unit, Dawson County

Relator Pro Se